UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00043-MOC

| | |
|---|---|
| KEVA BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF REMAND** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. **)** | |

**THIS MATTER** is before the Court on the instructions of the Court of Appeals for the Fourth Circuit in Bates v. Colvin, No. 17-2111 (4th Cir. June 14, 2018), and upon its Mandate filed August 6, 2018. Consistent with the Judgment of the appellate court, this Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the agency for further proceedings consistent with the instructions of the Fourth Circuit in Bates v. Colvin, supra.

Signed: August 7, 2018

Max O. Cogburn Jr
United States District Judge

-1-