# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| **KEVA BATES,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00043-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **NANCY BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2018 Order of Remand.

August 7, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court